*Leslie G. Pefferle* and *Roswell B. O'Harra* for petitioners. *Acting Solicitor General Bell, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States. By leave of Court, briefs of *amici curiae* were filed by *Mr. Gurney E. Newlin,* on behalf of the Cerritos Gun Club et al., and by *Mr. Bennett Sanderson,* on behalf of the Massachusetts Waterfowlers' Assn., in support of petitioners. Reported below: 92 F. 2d 623.

No. 665. J. A. LIVINGSTON, INC., *v.* POCONO RUBBER CLOTH Co. January 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Abraham Shamos* and *Milton E. Mermelstein* for petitioner. *Mr. T. Hart Anderson* for respondent.

No. 669. HIPP, TRUSTEE IN BANKRUPTCY, *v.* BOYLE, TREASURER. January 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Merritt A. Vickery* for petitioner. *Mr. Frederick W. Green* for respondent.

No. 722. KELLER *v.* ZERBST, WARDEN. February 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *John Keller, pro se.* No appearance for respondent. 97 F. 2d 257.

No. 654. McQUILLEN ET AL. *v.* COLEMAN, JUDGE. February 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. The